**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LANDRIC RUSSELL,

      Plaintiff,

v.                                            CASE NO. 4:26cv91-RH-MAF

AGENCY FOR PERSONS
WITH DISABILITIES,

      Defendant.

_____/


**ORDER OF DISMISSAL**


      This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. It is now more than a month past the deadline for the plaintiff to file a second amended complaint as required by the March 19, 2026 order. The report and recommendation correctly concludes that the plaintiff has apparently abandoned the case.

      IT IS ORDERED:

      The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice for failure to prosecute and failure to comply with a court order." The

clerk must close the file.

SO ORDERED on May 21, 2026.

s/Robert L. Hinkle
United States District Judge